1  KEKER & VAN NEST LLP
   JAN NIELSEN LITTLE - # 100029
2  jlittle@kvn.com
   BENJAMIN D. ROTHSTEIN - # 295720
3  brothstein@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
5  Facsimile:    415 397 7188

6  Attorneys for Plaintiff DAVID MCDONALD

7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11 | DAVID MCDONALD,                              | Case No. CV 14-04154 VC
12 |                Plaintiff,                    | **STIPULATION AND [PROPOSED]**
                                                    **ORDER EXTENDING TIME TO**
13 |        v.                                   | **RESPOND TO MOTIONS TO DISMISS**
                                                    **AND/OR STRIKE, AND RESETTING**
14 | COUNTY OF MARIN, WEST CONTRA                | **HEARING DATE** AS MODIFIED
   | COSTA NARCOTICS ENFORCEMENT
15 | TEAM, CITY OF MILL VALLEY, DOES 2           | Date:    October 30, 2014
   | through 10,                                 | Time:    10:00 a.m.
16 |                                             | Dept.:   4
   |                Defendants.                  | Judge:   The Honorable Vince Chhabria
17
                                                   Trial Date: Not Yet Set
18

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTIONS TO
DISMISS AND/OR STRIKE
Case No. CV 14-04154 VC

1  The parties through their counsel stipulate as follows:

2  WHEREAS this case was removed to this Court on September 15, 2014; and

3  WHEREAS on September 22, 2014 Motions to Dismiss were filed by each of Defendants
4  West Contra Costa Narcotics Enforcement Team (Dkt. No. 9) and City of Mill Valley (Dkt. No.
5  12), and a Motion to Dismiss and/or Strike Portions of the Second Amended Complaint was filed
6  by Defendant County of Marin (Dkt. No. 14), with each motion (Dkt. Nos. 9, 12, and 14) having
7  a noticed hearing date of October 30, 2014; and

8  WHEREAS the deadline for Plaintiff David McDonald to oppose these motions is
9  currently October 6, 2014; and

10  WHEREAS Plaintiff  McDonald has been seeking counsel to represent him in this matter,
11  and on Wednesday, October 1, 2014, spoke with Benjamin D. Rothstein at Keker & Van Nest
12  LLP, who has agreed to represent Plaintiff McDonald in this matter, and

13  WHEREAS counsel for Plaintiff McDonald needs time to become familiar with the facts,
14  procedural history, and legal issues in this case, and to prepare Oppositions to Defendants'
15  motions;

16  THEREFORE, pursuant to Local Rules 6-1, 6-2, and 7-2, the parties of record hereby
17  stipulate that the briefing schedule for Docket Nos. 9, 12, and 14 shall be continued for 60 days,
18  as follows:

19  (a) Plaintiff McDonald's Opposition to Defendants' motions shall be filed Friday,
20  December 5, 2014

21  (b) Defendants' replies shall be filed Friday, December 19, 2014; and

22  (c) The hearing on Defendants' motions shall be Thursday January 15, 2015, at 10:00am,
23  or at such other time as the Court may schedule.

24  (d) The Parties also respectfully request that the Initial Case Management Conference
25  currently set for December 17, 2014 be removed from the Court's calendar, and that the date for
26  the Case Management Conference and deadline for the Case Management Conference Statement
27  be re-set at the Court's convenience, ~~approximately 45 days after the January 15, 2015 hearing~~
28  ~~date.~~

The case management conference is rescheduled to January 27, 2015, at 10:00 a.m. The joint case management conference statement is due January 20, 2015.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTIONS TO DISMISS AND/OR STRIKE
Case No. CV 14-04154 VC

**IT IS SO STIPULATED:**

Dated: October 2, 2014.                    KEKER & VAN NEST LLP

                                By:    */s/ Benjamin D. Rothstein*
                                       JAN NIELSEN LITTLE
                                       BENJAMIN D. ROTHSTEIN

                                       Attorneys for Plaintiff DAVID MCDONALD

Dated: October 2, 2014.                    KAMALA D. HARRIS
                                           ATTORNEY GENERAL OF CALIFORNIA
                                           JOHN P. DEVINE
                                           SUPERVISING DEPUTY ATTORNEY
                                           GENERAL

                                By:    */s/ Grayson W. Marshall, III*
                                       GRAYSON W. MARSHALL, III
                                       Deputy Attorney General

                                       Attorneys for Defendant STATE OF
                                       CALIFORNIA (erroneously sued as West
                                       Contra Costa Narcotics Enforcement Agency)

Dated: October 2, 2014.                    BRADLEY, CURLEY, ASIANO,
                                           BARRABEE, ABEL & KOWALSKI, P.C.

                                By:    */s/ Jordan M. Green*
                                       JORDAN M. GREEN

                                       Attorneys for Defendant CITY OF MILL
                                       VALLEY

Dated: October 2, 2014.                    STEVEN M. WOODSIDE
                                           MARIN COUNTY COUNSEL

                                By:    */s/ Steven M. Perl*
                                       STEVEN M. PERL
                                       Deputy County Counsel

                                       Attorneys for Defendant COUNTY OF
                                       MARIN

**IT IS SO ORDERED.**

Dated: October 6, 2014                    By: _____
                                          HON. VINCE CHHABRIA
                                          UNITED STATES DISTRICT COURT