KEKER & VAN NEST LLP
JAN NIELSEN LITTLE - # 100029
jlittle@kvn.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff DAVID MCDONALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAVID MCDONALD, | Case No. CV 14-04154 VC |
|---|---|
| Plaintiff, | **[~~PROPOSED~~] ORDER CORRECTING CAPTION** |
| v. | Judge:   Hon. Vince Chhabria |
| COUNTY OF MARIN, WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM, CITY OF MILL VALLEY, DOES 2 through 10, | Date Filed: September 15, 2014 |
| | Trial Date: Not Yet Set |
| Defendants. | |

For the reasons set forth in Plaintiff David McDonald's Administrative Motion to Correct Caption, the Court hereby ORDERS that the caption in this matter shall be corrected to include the Defendant Scott Barr and Defendant Anthony Souza.

IT IS SO ORDERED.

Date: November 6, 2014

_____
Hon. Vince Chhabria
United States District Judge