LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: leonel@stubbsleone.com
leedc@stubbsleone.com

Attorneys for Defendant
SCOTT BARR

JAN NIELSEN LITTLE, ESQ. (SBN: 100029)
BENJAMIN D. ROTHSTEIN, ESQ. (SBN: 295720)
**KEKER & VAN NEST, LLP**
633 Battery Street
San Francisco, CA 94111
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: jlittle@kvn.com
brothstein@kvn.com

Attorneys for Plaintiff
DAVID MCDONALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID MCDONALD,

Plaintiff,

vs.

COUNTY OF MARIN, WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM, CITY OF MILL VALLEY, SCOTT BARR, ANTHONY SOUZA, DOES 2 through 10,

Defendants.

**Case No.: 3:14-cv-04154 VC**

**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT OR IN THE ALTERNATIVE TO RESPOND TO AMENDED PLEADING FOLLOWING HEARING ON PENDING MOTIONS TO DISMISS**

Plaintiff and Defendant Scott Barr hereby stipulate by and through their undersigned counsel of record as follows:

1. The deadline for Defendant Scott Barr to respond to the Second Amended Complaint shall be 21 days after the Court issues its rulings on the pending Motions to Dismiss and Motions to Strike. These motions are scheduled for hearing on January 15, 2015.

2. In the alternative, should plaintiff file a Third Amended Complaint, the deadline for Defendant Scott Barr to respond to the Third Amended Complaint shall be 21 days after the Third Amended Complaint is filed.

3. The undersigned counsel for Defendant Scott Barr agrees to accept service of the Third Amended Complaint via e-mail.

IT IS SO STIPULATED:

Dated: November 20, 2014 **KEKER & VAN NEST LLP**

*/s/ Robert Rothstein*
JAN NIELSEN LITTLE, ESQ.
BENJAMIN D. ROTHSTEIN, ESQ.
Attorneys for Plaintiff
DAVID MCDONALD

Dated: November 20, 2014 **STUBBS & LEONE**

*/s/ Claudia Leed*
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendant
SCOTT BARR

/ / /

/ / /

/ / /

/ / /

# ORDER

**PURSUANT TO THE STIPULATION OF THE PLAINTIFF and DEFENDANT SCOTT BARR and GOOD CAUSE APPEARING THEREFORE**, it is hereby ordered as follows:

1. The deadline for Defendant Scott Barr's response to the Second Amended Complaint shall be 21 days after the Court issues its rulings on the pending Motions to Dismiss and Motions to Strike. These motions are scheduled for hearing on January 15, 2015.

2. In the alternative, should plaintiff file a Third Amended Complaint, the deadline for Defendant Scott Barr to respond to the Third Amended Complaint shall be 21 days after the Third Amended Complaint is filed and served.

3. Plaintiff's counsel shall serve the Third Amended Complaint on counsel for Defendant Scott Barr via e-mail.

**IT IS SO ORDERED.**

Dated: November 25, 2014

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE