UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDONALD,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM, et al.,<br><br>    Defendants. | Case No. 14-cv-04154-VC<br><br>**CASE SCHEDULING ORDER**<br><br>Docket No. 30 |

The deadlines and hearing dates for the motions to dismiss are vacated, as is the case management conference presently scheduled for January 27, 2015. Counsel for the defendants are encouraged to meet and confer with counsel for the plaintiff about whether there are any legitimate grounds for opposing a motion to amend the complaint at this early stage and given the recent appearance by plaintiff's counsel.

In the event the defendants file a motion to dismiss the newly amended complaint, the parties should promptly contact the court to schedule a case management conference for twelve days following the date on which the hearing on the motions to dismiss is noticed. In the event the defendants file an answer, the parties should schedule a case management conference promptly after the answer is filed.

**IT IS SO ORDERED**.

Dated: December 4, 2014

_____
VINCE CHHABRIA
United States District Judge