```
1  KEKER & VAN NEST LLP
   JAN NIELSEN LITTLE - # 100029
2  jlittle@kvn.com
   BENJAMIN D. ROTHSTEIN - # 295720
3  brothstein@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
5  Facsimile:   415 397 7188

6  Attorneys for Plaintiff DAVID MCDONALD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCDONALD,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF MARIN, WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM, CITY OF MILL VALLEY, SCOT BARR, ANTHONY SOUZA, DOES 2 through 10,<br><br>  Defendants. | Case No. CV 14-04154 VC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO THIRD AMENDED COMPLAINT**<br><br>AND ORDER |

Pursuant to Civil Local Rule 6-1(a), Plaintiff DAVID MCDONALD, by and through his attorney of record, Benjamin D. Rothstein of the Keker & Van Nest LLP law firm, and Defendant ANTHONY SOUZA, by and through his attorney, Deputy County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office, hereby stipulate as follows:

WHEREAS Plaintiff's Second Amended Complaint was filed on August 15, 2014 in the Superior Court of California, County of Marin, and removed to this Court on September 15, 2014;

WHEREAS on or around November 14, 2014, Defendant ANTHONY SOUZA was personally served with Plaintiff's Second Amended Complaint;

WHEREAS the response to the Second Amended Complaint, by Defendant ANTHONY SOUZA, is currently due on or around December 5, 2014;

1

STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, TO THIRD COMPLAINT
Case No. CV 14-04154 VC

1  WHEREAS Plaintiff intends to seek leave from the Court to file an amended pleading on
2  or before December 5, 2014;

3  THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties have stipulated and agreed
4  as follows:

5  If the court denies Plaintiff's forthcoming motion for leave to file an amended pleading,
6  the deadline for Defendant ANTHONY SOUZA to answer or otherwise respond to the Second
7  Amended Complaint shall be 30 days following the date of entry of the order denying Plaintiff's
8  motion;

9  If the court grants Plaintiff's forthcoming motion for leave to file an amended pleading,
10 the deadline for Defendant ANTHONY SOUZA to answer or otherwise respond to the amended
11 pleading shall be 30 days following the date of service of the amended pleading;

12 The undersigned counsel for Defendant Anthony Souza agrees to accept service of the
13 Third Amended Complaint, if any, via e-mail; and

14 Pursuant to Civil Local Rule 6-1(a), the parties attest that the extension of time to answer
15 or otherwise respond to the Second Amended Complaint or Third Amended Complaint, if any,
16 will not alter the date of any event or any deadline already fixed by Court order.

17 **IT IS SO STIPULATED.**

18 Dated: December 3, 2014                         KEKER & VAN NEST LLP

20                                      By: /s/ Benjamin Rothstein
                                              JAN NIELSEN LITTLE
21                                            BENJAMIN D. ROTHSTEIN
                                              Attorneys for Plaintiff DAVID MCDONALD

23 Dated: December 3, 2014                         SHARON L. ANDERSON
                                                   COUNTY COUNSEL

25                                      By: /s/
                                              SUMA E. SOHI
26                                            Deputy County Counsel
                                              Attorneys for Defendant ANTHONY SOUZA

28 Date: December 4, 2014

IT IS SO ORDERED
Judge Vince Chhabria

STIPULATION TO EXTEND TIME TO RESPOND TO, OR IN THE
ALTERNATIVE, TO...
Case No. 3:14-cv-04154-VC