LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
E-mail:  leonel@stubbsleone.com
         leedc@stubbsleone.com

Attorneys for Defendant
OFFICER SCOT BARR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCDONALD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF MARIN, WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM, CITY OF MILL VALLEY, SCOT BARR, ANTHONY SOUZA, and DOES 2 through 10,<br><br>　　　　Defendants. | Case No.: CV 14-04154 VC<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER RE: DEFENDANT SCOT BARR'S RESPONSE TO THIRD AMENDED COMPLAINT OR IN THE ALTERNATIVE TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>Complaint filed:  September 15, 2014<br>Trial Date:  None Set |

　　　Plaintiff McDonald and defendant Barr hereby stipulate through their undersigned counsel of record as follows:

　　　WHEREAS, McDonald and Barr had previously entered into a stipulation setting the deadline for defendant Barr to respond to the Third Amended Complaint for 21 days after the Court had issued its ruling on pending Motions to Dismiss and Motions to Strike the Second Amended Complaint filed by County of Marin, Mill Valley

and Contra Costa County. This stipulation was entered as an order by the Court on November 25, 2014. (Docket No. 29.)

WHEREAS, following the entry of the order, McDonald filed a Motion for Leave to file a Third Amended Complaint. McDonald, the State of California, Mill Valley, and County of Marin entered into a Stipulation to take off calendar the defendant's pending motions to dismiss and motion to strike the Second Amended Complaint while the Court resolved whether to grant leave for plaintiff to file Third Amended Complaint. (Docket 30.)

WHEREAS, McDonald and defendant Souza stipulated that Souza' responsive pleading shall be due 30 days following the entry of the Third Amended Complaint (if Plaintiff's motion is granted), or 30 days following the entry of the order denying motion (if Plaintiff's motion is denied). (Docket 32.)

WHEREAS, the Court issued a scheduling order on December 5, 2014, taking off calendar the motions to dismiss and strike the Second Amended Complaint. (Docket 33).

WHEREAS, Barr does not intend to oppose plaintiff's Motion for Leave to File a Third Amended Complaint.

WHEREAS, in the interests of an orderly calendar McDonald and Barr hereby stipulate as follows.

1.   If the Court *grants* plaintiff's Motion for Leave to file a Third Amended Complaint, the deadline for Barr's response to the Third Amended Complaint shall be 30 days after the date of entry of the Court's order granting plaintiff's motion.

2.   In the alternative, if the Court *denies* plaintiff's Motion for Leave to file a **Third** Amended Complaint, the deadline for Barr's response to the **Second** Amended Complaint shall be 30 days after the date of entry of the Court's order denying plaintiff's motion.

/ / /

/ / /

3. The undersigned counsel for Barr agrees to accept service of the Third Amended Complaint, if any, via email.

**IT IS SO STIPULATED:**

Dated: December 15, 2014        **KEKER & VAN NEST LLP**

By: _____/s/ *Benjamin Rothstein*_____
JAN NIELSEN LITTLE, ESQ.
BENJAMIN D. ROTHSTEIN, ESQ.
Attorneys for Plaintiff
DAVID MCDONALD

Dated:  December 15, 2014        **STUBBS & LEONE**

By: _____/s/ *Claudia Leed*_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendant
SCOT BARR

### ORDER

**PURSUANT TO THE STIPULATION OF PLAINTIFF DAVID McDONALD and DEFENDANT SCOT BARR, IT IS SO ORDERED.**

Dated: December 17, 2014

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE