UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDONALD,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM, et al.,<br><br>    Defendants. | Case No. 14-cv-04154-VC<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 38 |

As stipulated, the deadline for any opposition to the motion for leave to amend is now December 24, 2014, and the deadline for any reply in support of the motion for leave to amend is now December 31, 2014.

However, the hearing on the motion for leave to amend remains on January 8, 2015.

**IT IS SO ORDERED**.

Dated: December 17, 2014

VINCE CHHABRIA
United States District Judge