UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MCDONALD,

        Plaintiff,

    v.

WEST CONTRA COSTA NARCOTICS
ENFORCEMENT TEAM, et al.,

        Defendants.

Case No.  14-cv-04154-VC

**ORDER SETTING DEADLINES AND
GRANTING MOTION FOR LEAVE TO
FILE THIRD AMENDED COMPLAINT**

Re: Dkt. Nos. 9, 12, 14, 22, 24, 35

      The motion for leave to file a third amended complaint is granted.  The statute of limitations defense that would apply to the individual Marin County defendants is not so obviously meritorious as to warrant denial of leave to file a third amended complaint at this early stage in the case, particularly given that McDonald was representing himself when he filed the second amended complaint.

      McDonald should file the third amended complaint by January 9, 2015.  It should be identical in all respects to the proposed third amended complaint already on file, except that McDonald may correct the spelling of the names of any of the defendants.

      McDonald must serve all defendants with the third amended complaint by no later than January 15, 2015.

      All defendants must answer or otherwise respond to the third amended complaint by no later than February 9, 2015.

      Any motions to dismiss will be heard on March 19, 2015 at 10:00 a.m.

      An in-person case management conference will take place on March 24, 2015 at 10:00 a.m.  All parties should file a joint case management statement by noon on March 23, 2015.

      To the extent necessary to resolve the statute of limitations question, discovery is allowed

United States District Court
Northern District of California

to proceed immediately on whether two of the individual Marin County defendants – Jan Wyatt Lucha and David Osaki – are "peace officers" for purposes of California Government Code Section 954.3.  To the extent this question involves factual issues, Lucha and Osaki are permitted to move in the alternative for summary judgment.  However, the page limits set forth in the court's standing order for motions to dismiss still apply.

All remaining motions pending as of the date of this order are dismissed as moot.

**IT IS SO ORDERED**.

Dated: January 8, 2015

_____
VINCE CHHABRIA
United States District Judge