STEVEN M. WOODSIDE, COUNTY COUNSEL
STEVEN M. PERL, Deputy (SBN 100074)
3501 Civic Center Drive, Suite 275
San Rafael, CA 94903
Tel.: 415/473-6117; Fax: 415/473-3796

Attorneys for Defendants County of Marin, David Augustus,
Jan Wyatt-Lucha, and David Osaki

# U.S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDONALD,<br><br>　　　　Plaintiff,<br>　v.<br>WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM (WESTNET), et al.,<br><br>　　　　Defendants. | No. CV 14-04154 VC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DATES FOR FILING COUNTY OF MARIN DEFENDANTS' MOTION TO DISMISS/MOTION FOR SUMMARY JUDGMENT, OPPOSITION AND REPLY<br><br>Hearing Date:  3/19/15<br>Time:  10:00 a.m.<br>Courtroom:  4<br><br>Trial Date:  Not Set |

### STIPULATION

IT IS HEREBY STIPULATED, by and between the parties hereto, as follows:

WHEREAS, this court on January 8, 2015 ordered that motions to dismiss under Federal Rule 12(b)(6) by defendants County of Marin and County of Marin employees David Augustus, Jan Wyatt-Lucha and David Osaki (Marin defendants) shall be filed by February 9, 2015, that defendants Augustus and Wyatt-Lucha could move for summary judgment on their lack of peace officer status simultaneously with their Rule 12(b)(6) motions, and accordingly, discovery is open on the limited issue of their alleged status as peace officers; and

1  WHEREAS, on January 16, 2015, Plaintiff David McDonald served interrogatories, document requests, and a deposition notice each on Defendants County of Marin, Jan Wyatt Lucha, and David Osaki; and

4  WHEREAS, on February 3, 2015, Defendants County of Marin, Jan Wyatt Lucha, and David Osaki served objections and responses to the aforementioned discovery, and provided documents in connection with the aforementioned discovery requests; and

7  WHEREAS, Plaintiff McDonald and Defendants County of Marin, Jan Wyatt Lucha, and David Osaki have agreed to depositions on February 6, 2015;

9  IT IS HEREBY STIPULATED that in order to allow plaintiff and Marin defendants sufficient time to complete the limited discovery and present evidence therefrom to the court in connection with defendants Wyatt-Lucha's and Osaki's summary judgment motions, a moderate extension of the filing deadlines in connection with the Marin defendants' motions is requested, and the parties stipulate that the filing deadlines may and should be extended as follows:

Deadline for Marin defendants to file motions to dismiss Third Amended Complaint under Federal Rule 12(b)(6) and for Defendants Wyatt-Lucha and Osaki to file any motion for summary judgment on alleged peace officer status:  February 16, 2015;

Deadline for plaintiff to file opposition to Marin defendants' motions:  March 4, 2015;

Deadline for Marin defendants to file replies:  March 11, 2015;

March 19, 2015 hearing date for the motions remains as scheduled.

DATED:  February 5, 2015          STEVEN M. WOODSIDE, COUNTY COUNSEL

By: _____/s/_____
     STEVEN M. PERL, Deputy
Attorneys for Defendants County of Marin, David Augustus, Jan Wyatt-Lucha and David Osaki

DATED:  February 5, 2015          KEKER & VAN NEST LLP

By: _____/s/_____
     JAN NIELSEN LITTLE, ESQ.
     BENJAMIN D. ROTHSTEIN, ESQ.
Attorneys for Plaintiff David McDonald

2

Stipulation and Order Extending Filing Dates re
County Defendants' Motions

1  DATED:  February 5, 2015		KAMALA D. HARRIS, ATTORNEY GENERAL

2
		By: _____/s/_____
3			GRAYSON W. MARSHALL, III, Deputy
		Attorneys for Defendant State of California (erroneously sued
4		herein as West Contra Costa Narcotics Enforcement Agency)

5

6  DATED:  February 5, 2015		STUBBS & LEONE

7

8		By: _____/s/_____
		LOUIS A. LEONE, ESQ.
9		CLAUDIA LEED, ESQ.
		Attorneys for Defendant Scott Barr
10

11
			**ORDER**
12
	IT IS SO ORDERED.
13
DATED:  February _5_, 2015
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation and Order Extending Filing Dates re
County Defendants' Motions

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA. Stamp: "IT IS SO ORDERED" signed by Judge Vince Chhabria]*