1  STEVEN M. WOODSIDE, COUNTY COUNSEL
   STEVEN M. PERL, Deputy (SBN 100074)
2  3501 Civic Center Drive, Suite 275
   San Rafael, CA 94903
3  Tel.: 415/473-6117; Fax: 415/473-3796

4  Attorneys for Defendants County of Marin, David Augustus,
   Jan Wyatt-Lucha, and David Osaki

U.S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID MCDONALD, | No. CV 14-04154 VC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING COUNTY OF MARIN DEFENDANTS' MOTION TO DISMISS/MOTION FOR SUMMARY JUDGMENT |
| v. | |
| WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM (WESTNET), et al., | |
| Defendants. | Hearing Date: 3/19/15<br>Time: 10:00 a.m.<br>Courtroom: 4 |
| | Trial Date: Not Set |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties hereto, as follows:

WHEREAS, on February 5, 2015, the parties filed a proposed stipulated order extending the filing deadlines regarding motions to dismiss/motions for summary judgment by defendants County of Marin and County of Marin employees David Augustus, Jan Wyatt-Lucha and David Osaki (Marin defendants), which order was entered by the court on February 5, 2015; and

WHEREAS, the parties' proposed stipulated order proposed, and this court accordingly ordered, that the deadline for filing the Marin defendants' motions is on February 16, 2015, which is a national holiday,

Stipulation and Order Extending Deadline for filing
County Defendants' Motions

1   IT IS HEREBY STIPULATED that the deadline for the Marin defendants to file their motions to
2   dismiss/motions for summary judgment may and should be extended from February 16, 2015 to
3   February 17, 2015, and that all other deadlines, and the March 19, 2015 hearing date, set by this court's
4   February 5, 2015 order may and should remain unchanged.

DATED: February 10, 2015        STEVEN M. WOODSIDE, COUNTY COUNSEL

By: _____/s/_____
STEVEN M. PERL, Deputy
Attorneys for Defendants County of Marin, David Augustus, Jan Wyatt-Lucha and David Osaki

DATED: February 10, 2015        KEKER & VAN NEST LLP

By: _____/s/_____
JAN NIELSEN LITTLE, ESQ.
BENJAMIN D. ROTHSTEIN, ESQ.
Attorneys for Plaintiff David McDonald

DATED: February 10, 2015        KAMALA D. HARRIS, ATTORNEY GENERAL

By: _____/s/_____
GRAYSON W. MARSHALL, III, Deputy
Attorneys for Defendant State of California (erroneously sued herein as West Contra Costa Narcotics Enforcement Agency)

DATED: February 10, 2015        STUBBS & LEONE

By: _____/s/_____
LOUIS A. LEONE, ESQ./CLAUDIA LEED, ESQ.
Attorneys for Defendant Scott Barr

**ORDER**

IT IS SO ORDERED.

DATED: February 11, 2015

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

2

Stipulation and Order Extending Deadline for filing
County Defendants' Motions