1  KEKER & VAN NEST LLP
   JAN NIELSEN LITTLE - # 100029
2  jlittle@kvn.com
   BENJAMIN D. ROTHSTEIN - # 295720
3  brothstein@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
5  Facsimile:   415 397 7188

6  Attorneys for Plaintiff DAVID MCDONALD

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 DAVID MCDONALD,                    Case No. CV 14-04154 VC

12            Plaintiff,              **STIPULATION AND [PROPOSED]
                                      ORDER TO EXTEND DEADLINES ON
13       v.                           MOTION TO QUASH SUBPOENA**

14 COUNTY OF MARIN, ET AL.,           Hearing Date: June 18, 2015
                                      Time:         10:00 a.m.
15            Defendants.             Courtroom:    4, 17th Floor
                                      Judge:        The Honorable Vince Chhabria
16
                                      Trial Date: March 21, 2016
17

1  Plaintiff David McDonald and Party in Interest California Department of Justice, through
2  their counsel, stipulate as follows:
3  WHEREAS , Plaintiff issued and served a subpoena duces tecum directed to the
4  California Bureau of Investigation (West Contra Contra County Narcotics Enforcement Team),
5  returnable May 4, 2015, and
6  WHEREAS , on May 1, 2015 the California Department of Justice filed a Motion to
7  Quash said subpoena, which motion was noticed for hearing on June 11, 2015, [Dkt 101 and
8  102],  and
9  WHEREAS, although the Court sua sponte continued the hearing date to June 18, 2015, it
10 retained the current deadlines for responsive briefs [Docket 105] which, pursuant to Local Rules,
11 would require an opposition to be filed on May 15, 2015 and a reply on May 22, 2015; and
12 WHEREAS , counsel for Mr. McDonald and counsel for the California Department of
13 Justice have been meeting and conferring as to the scope and nature of responsive documents and
14 confidentiality issues related thereto, and
15 WHEREAS, that meet and confer process is continuing, such that counsel believe that
16 additional time may lead to resolution of some or all pending issues in a timely and efficient
17 manner; and;
18 WHEREAS, counsel for the California Department of Justice is aware of the deposition of
19 a former WestNet officer scheduled for May 20, 2015, and will endeavor to resolve disputes
20 and/or provide records relating to that officer if possible before May 20, 2015, and
21 WHEREAS, counsel for the California Department of Justice has a personal conflict on
22 the newly set hearing date of June 18, 2015;
23 THEREFORE, and pursuant to Local Rules 6-1, 6-2, and 7-2, the subpoenaing and
24 responsive parties hereby stipulate that the briefing and hearing schedule on the Motion to Quash
25 shall be continued, as follows:
26 (a) The deadline for Plaintiff to file an opposition to the Motion to Quash shall be
27 moved from May 15, 2015 to May 26, 2015;
28 (b) The deadline for the California Department of Justice to file a reply in support of

1  the Motion to Quash shall be moved from May 22, 2015 to June 2, 2015;

2      (c)    The hearing on the Motion to Quash shall be reset from June 18, 2015 at 10:00a.m.

3  to June 25, 2015, at 10:00 a.m.

**IT IS SO STIPULATED:**

Dated: May 13, 2015      KEKER & VAN NEST LLP

By: */s/ Jan Nielsen Little*
JAN NIELSEN LITTLE
BENJAMIN D. ROTHSTEIN

Attorneys for Plaintiff DAVID MCDONALD

Dated: May 13, 2015      KAMALA D. HARRIS
ATTORNEY GENERAL OF CALIFORNIA
JOHN P. DEVINE
SUPERVISING DEPUTY ATTORNEY GENERAL

By: */s/ Bonnie J. Chen*
BONNIE J. CHEN
Deputy Attorney General

Attorneys for Party in Interest CALIFORNIA DEPARTMENT OF JUSTICE

## CONCURRENCE

I, Jan Nielsen Little, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES ON MOTION TO QUASH SUBPOENA. In compliance with General Order 45, X.B., I hereby attest that Bonnie J. Chen has concurred in this filing.

**IT IS SO ORDERED.**

Dated: May 15, 2015      By: _____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT