1  KAMALA D. HARRIS
   Attorney General of California
2  FIEL D. TIGNO
   Supervising Deputy Attorney General
3  BONNIE J. CHEN
   Deputy Attorney General
4  State Bar No. 219394
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (510) 622-2113
    Fax:  (510) 622-2121
7   E-mail:  Bonnie.Chen@doj.ca.gov
   *Attorneys for Party in Interest California*
8  *Department of Justice*

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  **DAVID MCDONALD,**                    | Case No. 14-CV-04154 VC

14                          Plaintiff,     | **NOTICE OF WITHDRAWAL OF MOTION TO QUASH AND [~~PROPOSED~~] ORDER**

15      v.

16  **COUNTY OF MARIN, ET AL.,**            | Date:  June 25, 2015
                                            | Time:  10:00 a.m.
                                            | Courtroom:  4, 17th floor
17                          Defendants.     | Judge:  Hon. Vince Chhabria

18

Real Party in Interest California Department of Justice (CDOJ) withdraws the motion to quash (Docket No. 100) currently set for hearing on June 25, 2015. The parties have informally resolved the dispute surrounding the subpoena served on the CDOJ.

Dated: June 23, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General

_____/s/ Bonnie J. Chen_____
BONNIE J. CHEN
Deputy Attorney General
*Attorneys for Party in Interest California Department of Justice*

## ~~PROPOSED~~ ORDER

**IT IS SO ORDERED.** The clerk shall take the June 25, 2015 motion date off calendar.

Dated: June 23, 2015

HON. VINCE CHABRIA
UNITED STATES DISTRICT COURT