UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCDONALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MARIN, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04154-VC<br><br>**WITHDRAWAL OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 113 |

　　　　The order of conditional dismissal is hereby withdrawn. A case management conference is scheduled for September 22, 2015, at 10:00 a.m. An updated joint case management statement is due 7 days before the case management conference.

　　　　**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
VINCE CHHABRIA
United States District Judge