```
KEKER & VAN NEST LLP
JAN NIELSEN LITTLE - # 100029
jlittle@kvn.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188
```

Attorneys for Plaintiff DAVID MCDONALD

[*See Additional Counsel on Signature Pages*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCDONALD,<br><br>         Plaintiff,<br><br>     v.<br><br>COUNTY OF MARIN, WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM, SCOT BARR, ANTHONY SOUZA, KEITH BARROW, DAVID AUGUSTUS, JAN WYATT LUCHA, DAVID OSAKI, and DOES 6-10,<br><br>         Defendants. | Case No. 14-cv-04154 VC<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SCOTT BARR, ANTHONY SOUZA, AND KEITH BARROW** AND ORDER<br><br>Judge:     The Honorable Vince Chhabria<br><br>Date Filed: September 15, 2014<br><br>Trial Date: March 21, 2016 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties remaining in the action who have appeared in the case hereby stipulate to the dismissal of Defendants Scot Barr, Anthony Souza, and Keith Barrow with prejudice.

Dated: August 7, 2015                                             KEKER & VAN NEST LLP

                                                         By:   */s/ Benjamin D. Rothstein*
                                                                 BENJAMIN R. ROTHSTEIN

                                                                 Attorneys for Plaintiff DAVID MCDONALD

| | |
|---|---|
| Dated:  August 7, 2015 | SHARON L. ANDERSON<br>COUNTY COUNSEL<br><br>By:  */s/ Nima E. Sohi*<br>       NIMA E. SOHI<br>       Deputy County Counsel<br><br>Attorneys for Defendant<br>ANTHONY SOUZA |
| Dated:  August 7, 2015 | COUNTY OF MARIN<br><br>By:  */s/ Sheila Lichtblau*<br>       Sheila Lichtblau<br><br>Attorneys for Defendants<br>COUNTY OF MARIN and DAVID AUGUSTUS |
| Dated:  August 7, 2015 | ALLEN, GLASESSNER, HAZELWOOD & WERTH, LLP<br><br>By:  */s/ Dale L. Allen, Jr.*<br>       DALE L. ALLEN, JR.<br><br>Attorneys for Defendant<br>KEITH BARROW |
| Dated:  August 7, 2015 | STUBBS & LEONE<br><br>By:  */s/ Claudia Leed*<br>       LOUIS A. LEONE<br>       CLAUDIA LEED<br><br>Attorneys for Defendant<br>OFFICE SCOT BARR |

IT IS SO ORDERED.

Dated:  August 10, 2015

The Honorable Vince Chhabria
Judge of the Northern District of California

2
STIPULATION RE DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SCOTT BARR, ANTHONY SOUZA, AND KEITH BARROW
Case No. 14-cv-04154 VC

966527.01